

NOV 28 2001

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| Veryl-Edward, ex rel. **VERYE E. KNOWLES** Secured Party/Plaintiff v. [UNITED STATES OF AMERICA Respondant ] | Case No. CR 97-051 C **CONDITIONAL ACCEPTANCE FOR VALUE**  CR 97-00051  #00000571 |

For the record and the court shall take judicial notice, Without granting jurisdiction and without prejudice UCC §1-207.

I, Veryl-Edward, sui juris, of the Knowles clan, being

a holder-in-due-course Relative to the name VERYL

571

E. KNOWLES, a derivative of the name KNOWLES, VERYL E., alleged to be a Defendant in the above cited case.

This Plaintiff states that on October 22, 2001, I received a document dated October 9, 2001 entitled GOVENMENT'S OPPOSITION TO DEFENDANT'S PETITION FOR RELIEF.

I, Veryl-Edward, sui juris do accept the offer of Opposition to Defendant's Petition for Relief upon documentary proof that the prosecuting attorney CARL BLACKSTONE has lawful delegated authority to initiate and prosecute a criminal case against an inhabitant of one of the several states of the union, not a citizen of the