Chief Judge Coughenour

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing document to which this certificate is attached was delivered to the attorneys of record of plaintiff, defendant, on the 2nd day of January, 2002.
UNITED STATES ATTORNEY
by [signature]

☐ FILED ☐ ENTERED
☐ LODGED ☐ RECEIVED

JAN 0 2 2002    KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR97-051C |
| Plaintiff, | GOVERNMENT'S OPPOSITION TO DEFENDANT MILLER'S PLEADINGS |
| v. | |
| CHARLES C. MILLER, | |
| Defendant. | |

The defendant, Charles Miller, has filed a rambling incomprehensible pleading variously titled as a "Letter Rogatory" or a "Rule 36 Motion." Neither of these motions are cognizable. Letters rogatory are for requests from a court of one nation to the judiciary of a foreign nation enlisting the assistance of the latter in obtaining evidence. 28 U.S.C. 1781, United States v. Zabady, 546 F.Supp. 35, 39 n. 9 (M.D. Pa. 1982).

Rule 36 of the Federal Rules of Criminal Procedure authorizes the Court to correct any clerical errors in judgment, orders or other parts of the record arising from oversight or omission. The defendant has not alleged any clerical mistakes in the judgment.

DATED this 2nd day of January, 2002.

Respectfully Submitted,

JOHN McKAY
United States Attorney

[signature]
CARL BLACKSTONE
Assistant United States Attorney

CR 97-00051 #00000573

573

GOVT'S OPP TO DEF MILLER'S
PLEADINGS/CHARLES MILLER (CR97-051C) - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970