THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VERYL E. KNOWLES,<br><br>    Defendant. | CASE NO. CR97-0051-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's renewed letter rogatory (Dkt. No. 751). As previously indicated, the Court construes Defendant's letter as a successive motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. (Dkt. No. 748.) Absent authorization from the Ninth Circuit Court of Appeals, the Court lacks jurisdiction to consider the matter. *See* 28 U.S.C. § 2244(b)(3)(A). And here, The Court of Appeals has provided no such authorization. (*See* Dkt. No. 749 (Court of Appeals order indicating that "no further filings will be entertained in this case.").) Therefore, the Court will not consider Defendant's request.

//

//

//

MINUTE ORDER
CR97-0051-JCC
PAGE - 1

1     DATED this 2nd day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR97-0051-JCC
PAGE - 2